**GARRETT et al. v. THOMPSON.**

No. 10969.

Court of Civil Appeals of Texas.
San Antonio.

May 28, 1941.

Roy A. Scott, of Corpus Christi, for appellants.

Mobley, Roberts & Lockett, of Corpus Christi, for appellee.

SMITH, Chief Justice.

No briefs have been filed in the case. The appeal will be dismissed for want of prosecution.